IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Threets Sr, Donald R | Case Number: 05 B 47168 |
|---|---|---|
| | Cullins-Threets, Deborah E | Judge: Wedoff, Eugene R |
| | Printed: 12/28/07 | Filed: 10/11/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 4, 2007
Confirmed: December 15, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 35,678.21 | |
| Secured: | | 15,395.22 |
| Unsecured: | | 13,558.85 |
| Priority: | | 0.00 |
| Administrative: | | 2,894.00 |
| Trustee Fee: | | 1,751.14 |
| Other Funds: | | 2,079.00 |
| Totals: | 35,678.21 | 35,678.21 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,894.00 | 2,894.00 |
| 2. | Furniture For Less | Secured | 1,000.00 | 1,000.00 |
| 3. | CitiFinancial Auto Credit Inc | Secured | 14,395.22 | 14,395.22 |
| 4. | CitiFinancial Auto Credit Inc | Unsecured | 8,991.99 | 3,342.45 |
| 5. | Fairlane Credit L.L.C. | Unsecured | 11,765.16 | 4,373.22 |
| 6. | Asset Acceptance | Unsecured | 1,950.25 | 724.94 |
| 7. | CitiFinancial Auto Credit Inc | Unsecured | 9,857.60 | 3,664.19 |
| 8. | St Margaret Mercy Hospital | Unsecured | 910.23 | 338.35 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 2,214.52 | 823.17 |
| 10. | Resurgent Capital Services | Unsecured | 786.93 | 292.53 |
| 11. | First Premier | Unsecured | | No Claim Filed |
| 12. | Transsouth | Unsecured | | No Claim Filed |
| 13. | Sprint PCS | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 54,765.90 | $ 31,848.07 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 585.09 |
| 5% | 247.16 |
| 4.8% | 432.44 |
| 5.4% | 486.45 |
| | _____ |
| | $ 1,751.14 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Threets Sr, Donald R<br>Cullins-Threets, Deborah E<br>Printed:  12/28/07 | Case Number:  05 B 47168<br>Judge:  Wedoff, Eugene R<br>Filed:  10/11/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

